UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                            96-CV-1708 CC

Rebeca Flores
    Defendant                Collection of Money

    and

OMJ Pharmaceutical
    Garnishee

## AMENDED ORDER OF CONTINUING GARNISHMENT

Upon Application for an Amended Order of Continuing Garnishment filed by the parties herein, and it appearing from the records of this Court in the above mentioned case that judgment was entered by this Court against defendant Rebeca Flores, and said defendant acknowledges has failed to pay in full to the plaintiff the sum of money adjudged to be paid under said judgment;

And it appearing further that the parties have agreed to enter into a Continuing Garnishment;

NOW THEREFORE, IT IS ORDERED that garnishee, OMJ Pharmaceutical, pay the sum equal to 10% of defendant's non-exempt disposable earnings to plaintiff, and continue said payments every pay-day thereafter, until the debt to the plaintiff is paid in full, or until the garnishee no longer has custody, possession or

control of defendant's 10% non exempt disposable earnings or until further order of this Court. Payments shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, Room 452, Federal Office Building, Hato Rey, Puerto Rico, to be applied upon the judgment entered in this case on October 17, 1996.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subjected to a garnishment for any one indebtedness. If garnishee fails to withhold property in accordance with this Order, the United States of America may petition the Court for an order requiring garnishee to appear before the Court. If garnishee fails to appear or does appear and fails to show good cause why he failed to comply with this Order, the Court may enter a judgment against garnishee for the value of the debtor's non-exempt property.

SO ORDERED.

In San Juan Puerto Rico, this 19th day of November, 2001.

CARMEN CONSUELO CEREZO
UNITED STATE DISTRICT JUDGE