IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  June 9, 2003

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs  CIVIL 96-1708CCC

REBECA FLORES and
OMJ PHARMACEUTICAL

Defendants

By order of the Court the Notice of Cumulative Accounting and Satisfaction of Judgment filed by plaintiff on May 23, 2003 (**docket entry 10**) is NOTED. The docket shall so reflect.

- Secretary